An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD LEEPER OUGH A/K/A
RONALD EUGENE LEEPER, JR.,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62406

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a plea of nolo contendere, of failure of a sex offender to register. Seventh Judicial District Court, Eureka County; Dan L. Papez, Judge.

Appellant contends that the district court abused its discretion at sentencing by relying on a presentence investigation report (PSI) that contained multiple errors. Appellant, however, fails to identify on appeal which portions of the PSI contained errors or establish that those portions were, in fact, erroneous. And, the district court accepted appellant's corrections to the PSI before issuing his sentence. Appellant's sentence of 19-48 months falls within the parameters provided by the relevant statutes, *see* NRS 179D.550(1); NRS 193.130(2)(d), and we conclude that he fails to demonstrate that the district court abused its discretion by relying solely upon impalpable or highly suspect evidence, *see Silks v. State*, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976); *Parrish v. State*, 116

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21437

Nev. 982, 989, 12 P.3d 953, 957 (2000) (this court will not disturb a sentence absent an abuse of discretion). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
State Public Defender/Ely
State Public Defender/Carson City
Attorney General/Carson City
Eureka County District Attorney
Eureka County Clerk